[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-14454
Non-Argument Calendar
_____

D.C. Docket No. 1:12-cr-00006-WS-GRJ-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAMES RAY WILLIAMS,
a.k.a. Jason Felix,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida
_____

(June 26, 2015)

Before: HULL, WILLIAM PRYOR, and JULIE CARNES, Circuit Judges.

PER CURIAM:

Barbara Sanders, appointed counsel for James Ray Williams in this direct criminal appeal, has moved to withdraw from further representation of Williams and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Williams's convictions and sentences are **AFFIRMED**.